5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 15 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RUBEN VELA § | |
| *Plaintiff* § | |
| vs. § | |
| § | |
| HACIENDA RECORDS AND § | |
| RECORDING STUDIO, INC. and § | |
| HACIENDA RECORDS, L.P. § | |
| *Defendants* § | CIVIL ACTION NO. B-00-035 |
| § | |
| CROWN RECORDS AND § | |
| PUBLISHING, INC. § | |
| *Intervenor, Third-Party Plaintiff* § | |
| vs. § | |
| § | |
| HACIENDA RECORDS AND § | |
| RECORDING STUDIO, INC. § | |
| *Defendant* § | |

## ORDER ON MOTION FOR EXPEDITED HEARING

On this day, the Court considered the Motion for Expedited Hearing on filed by Plaintiff, Ruben Vela, and Intervenor, Crown Records and Publishing, Inc. After consideration, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED, that the Motion to Sever and Remand, filed by Plaintiff, Ruben Vela, and Intervenor, Crown Records and Publishing, Inc. is set for hearing on April 10, 2000.

IT IS FURTHER ORDERED, that Defendants Hacienda Records and Recording Studio, Inc. and Hacienda Records, L.P. must file a response to the Motion to Sever and Remand not later than 10 days prior to said hearing.

ORDERED and SIGNED on this 14TH day of MARCH, 2000.

_____
JUDGE PRESIDING

C0024899.WPD: