16

United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUBEN VELA, ET AL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-035 |
| | § | |
| HACIENDA RECORDS AND RECORDING | § | |
| STUDIO, INC., ET AL | § | |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Party | Party Signature | Signature of Counsel | Date |
|---|---|---|---|
| Ruben Vela | /s/ Ruben Vela | /s/ | 4-18-00 |
| Crown Records & Publishing, Inc. | /s/ Jody Metz, COO | /s/ | 4-25-00 |
| Hacienda Records & Recording Studio, Inc. and Hacienda Records, L.P. | /s/ Rick Garcia, Executive V.P. | /s/ Roland Garcia | 4-28-00 |

Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit, in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73(c).

## ORDER OF REFERENCE

It is HEREBY ORDERED that this case be referred to United Stated Magistrate Judge John Wm. Black, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

May 5, 2000
Date

/s/ Filemon B. Vela
Filemon B. Vela
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.