IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RUBEN VELA, § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | |
| HACIENDA RECORDS AND § | |
| RECORDING STUDIO, INC. and § | |
| HACIENDA RECORDS, L.P., § | |
| Defendants. § | CIVIL ACTION NO. B-00-035 |
| § | |
| CROWN RECORDS AND PUBLISHING, § | |
| INC., § | |
| Intervenor, Third-Party, § | |
| § | |
| VS. § | |
| § | |
| HACIENDA RECORDS AND § | |
| RECORDING STUDIO, INC. § | |
| Defendants. § | |

## MEMORANDUM ORDER

Pending before this Court is Defendant's Motion to Transfer Venue. (Docket No. 7). According to 28 U.S.C. § 1404(a), a district court may transfer any civil action to any other district or division where the case may have originally been brought for the convenience of the parties and witness and in the interests of justice. Some factors which favor transferring venue include: (1) the place of the alleged wrong, (2) the availability and convenience of parties and witnesses, (3) the location of pertinent documents, (4) the location of parties headquarters, (5) the location of parties counsel. *Casarez v. Burlington Northern/Sante Fe Company*, 193 F.3d 334, 339 (5th Cir. 1999).

The Court finds that this case should be transferred to the Corpus Christi Division of the United States District Court for the Southern District of Texas. The following facts were considered by this Court in determining that this case should be transferred:

1. Corpus Christi is the location where the alleged wrongs took place (i.e. Vela and Hacienda executed the contract there, Hacienda made the recordings at its studio in Corpus Christi, Hacienda exercised its right of first refusal there).

2. The majority of relevant documents are in Corpus Christi (i.e. all documents regarding Hacienda's and Crown's sales, record distributions, and historical performance are in Corpus Christi).

3. Both Hacienda and Crown have their principal places of business in Corpus Christi. Thus, most of the fact witnesses are going to be located in the area.

4. Vela's attorney is in Brownsville, Crown's counsel is in Corpus Christi, and Hacienda's Attorney-in-Charge is in Houston, therefore Corpus Christi is a convenient forum which will accomodate all attorneys.

IT IS THEREFORE ORDERED that this case be transferred to the Corpus Christi Division of the United States District Court for the Southern District of Texas.

DONE at Brownsville on this 10th day of May, 2000.

_____
John Wm. Black
United States Magistrate Judge